**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEPHEN C. WALL,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:05-cv-811-Orl-31KRS**

**TREVOR BAGGETTE CUSTOM**
**COATINGS, INC. & TREVOR**
**BAGGETTE,**

        **Defendants.**
_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement Agreement (Doc. 15), it is

**ORDERED** that with the exception of paragraphs 2(f) and 4, the Court finds the Settlement Agreement to be fair and reasonable. Accordingly, the Joint Motion is GRANTED. The Settlement Agreement, excluding paragraphs 2(f) and 4, is approved and the parties shall abide by the terms thereof.

This case is DISMISSED with prejudice, all pending motions are denied as moot, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE